# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| DANIEL LUGO,<br><br>    Plaintiff,<br><br>v.<br><br>SILVER LAKE RESORT OWNERS ASSOCIATION, INC. and SILVER LAKE RESORT, LTD.,<br><br>    Defendants. | Case No. 6:22-cv-1988-RBD-DAB |

## JOINT NOTICE OF SETTLEMENT

The parties in the above-captioned action wish to inform the Court that they have reached a settlement of this dispute. The parties are in the process of finalizing and obtaining signatures on a formal written agreement to memorialize their settlement. Once the settlement is finalized, the parties will file a Stipulated Motion and Order of Dismissal With Prejudice.

Dated: December 2, 2022                    Respectfully submitted,

By:/s/Drew M. Levitt                       By:/s/ Melanie R. Leitman
Drew M. Levitt                             Florida Bar No.: 091523
drewmlevitt@gmail.com                      Melanie R. Leitman
Lee D. Sarkin                              mleitman@stearnsweaver.com Stearns
Lsarkin@aol.com                            Weaver Miller Weissler Alhadeff &
4700 N.W. Boca Raton Boulevard             Sitterson, P.A.
Suite 302                                  106 East College Avenue, Suite 700
Boca Raton, Florida 33431                  Tallahassee, FL 32301
Telephone (561) 994-6922                   Telephone: (850) 329-4846

*Attorneys for Plaintiff*                  Jack Sullivan (admitted pro hac vice)
                                           sullivan.jack@dorsey.com
                                           Anabel Cassady (admitted pro hac vice)
                                           cassady.anabel@dorsey.com
                                           Dorsey & Whitney LLP
                                           50 South Sixth Street, Suite 1500
                                           Minneapolis, MN 55402
                                           Telephone: (612) 340-2600
                                           Facsimile: (612) 340-2868

                                           *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I CERTIFY that a true and correct copy of the foregoing document has been sent to all counsel of record through electronic service utilizing the Court's CM/ECF system of the 2nd day of December, 2022.

                                           /s/Melanie R. Leitman
                                           Melanie R. Leitman